1 | BENJAMIN B. WAGNER
    Acting United States Attorney
2 | KAREN A. ESCOBAR
    Assistant U.S. Attorney
3 | 4401 Federal Building
    2500 Tulare Street
4 | Fresno, California 93721
    Telephone: (559) 497-4000



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-339 OWW |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| MIGUEL GOMEZ-GOMEZ, ET AL. | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 18, 2011, charging the above defendants with a violation of Title 21, United States Code, Section 1846, 841(a)(1) and (b)(1)(A) and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the

///

///

1

1 finding of the Indictment or any warrant issued pursuant thereto,
2 except when necessary for the issuance and execution of the
3 warrant.

4 DATED: August 18, 2011                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                         By  /s/ Karen Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

9 IT IS SO ORDERED this 18th day of August, 2011.

                                            _____
                                            U.S. Magistrate Judge

2