BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

FILED

AUG 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09cr0339 OWW |
| ) | |
| Plaintiff, ) | ORDER TO UNSEAL SECOND |
| v. ) | SUPERSEDING INDICTMENT AND |
| ) | ARREST WARRANT |
| MIGUEL GOMEZ-GOMEZ, ) | |
| DIOCELINA BUSTOS ABARCA, ) | |
|   aka Diocelina Bustos, ) | |
|   aka Diocelina Ponce, ) | |
|   aka Josephina Bustos, ) | |
|   aka Diocelina Abarca, ) | |
|   aka Noemi Gaona, ) | |
|   aka Dioselina Bustos, and ) | |
| JESUS GOMEZ-GONZALEZ, ) | |
| Defendants, ) | |

Having reviewed and considered the United States of America's application to unseal the Second Superseding Indictment and Arrest Warrant that issued in this matter,

IT IS HEREBY ORDERED THAT that the Second Superseding Indictment and Arrest Warrant shall be UNSEALED.

DATED: August 22 2011

_____
DENNIS L. BECK
U.S. Magistrate Judge

1