1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant U.S. Attorney
3 2500 Tulare Street
Fresno, California 93721
4 Telephone: (559) 497-4000

FILED
AUG 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1:09cr339 OWW
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   [PROPOSED] ORDER STAYING RELEASE
                                    )   ORDER
DIOCELINA ABARCA,                   )
                                    )
        Defendant.                  )
_____)

Upon application of the United States Government for stay of the Magistrate Judge's release order in this matter, and good cause appearing,

IT IS HEREBY ORDERED THAT the U.S. Magistrate Judge's release order is stayed pending the disposition of the government's appeal.

Dated: August 22, 2011

OLIVER W. WANGER
Senior U.S. District Judge

1