```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:09CR0339 LJO
                                   )
12                                 )
                                   )
13            Plaintiff,           )
                                   )
14       v.                        )  STIPULATION RE:
                                   )  CONTINUANCE AND
15                                 )  ORDER
                                   )
16                                 )
    MIGUEL GOMEZ-GOMEZ and         )
17  DIOCELINA BUSTOS ABARCA,       )
                                   )
18                                 )
                                   )
19            Defendants.          )
    _____)
20  UNITED STATES OF AMERICA,      )  1:11-CR-0093 LJO
                                   )
21            Plaintiff,           )
                                   )
22       v.                        )
                                   )
23  DIOCELINA BUSTOS ABARCA and    )
    ALEJANDRO URIOSTEGUI-RODRIGUEZ,)
24                                 )
              Defendants.          )
25  _____)
26       Defendants in the above-captioned matters, by and through
27  their respective attorneys, and the United States of America, by
28  and through its attorneys, BENJAMIN B. WAGNER, United States
                                 1
```

Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matters agree to vacate the March 12, 2012, status conference and reset the matter for June 4, 2012, at 8:30 a.m.

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation (based, in part, in on new information communicated by one of the parties to the government on March 5, 2012) continue plea negotiations and effectively communicate the government's plea offers to defendants, who are housed at Lerdo.

3. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: March 7, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                        /s/ James Homola
                                        JAMES HOMOLA
                                        Attorney for Defendant
                                        Miguel Gomez-Gomez

                                        /s/ Peter Jones
                                        PETER JONES
                                        Attorney for Defendant
                                        Diocelina Bustos Abarca

                                              /s/ Barbara O'Neill  
                                              BARBARA O'NEILL  
                                              Attorney for Defendant  
                                              Alejandro Uriostegui-Rodriguez

O R D E R

Having read and considered the foregoing stipulation,

The current hearing date of March 12, 2012, is hereby vacated and is reset for June 4, 2012, at 8:30 a.m.

The time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated:   March 8, 2012**                    /s/ Lawrence J. O'Neill  
                                                       UNITED STATES DISTRICT JUDGE