BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br>DIOCELINA BUSTOS ABARCA,              )<br>                                     )<br>          Defendant.                 )<br>                                     )<br>_____) | 1:09CR00339-007 LJO<br><br><br><br>ORDER OF DISMISSAL |

Having considered the government's oral motion to dismiss the charges in the Second Superseding Indictment in Case No. 1:09cr339 LJO as to the above-named defendant only pursuant to the defendant's plea agreement in Case No. 1:11cr00093 LJO,

IT IS HEREBY ORDERED that the remaining charges contained against Diocelina Abarca in Case No. 1:09cr339 LJO be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   April 15, 2013**           /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1